IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUDITH A. HARNACK, <br><br> Plaintiff, <br><br> v. <br><br> CDH-DELNOR HEALTH SYSTEMS, an Illinois not-for-profit corporation, CENTRAL DUPAGE HEALTH, an Illinois not-for-profit corporation, CENTRAL DUPAGE HOSPITAL, an Illinois not-for-profit corporation, and COMMUNITY NURSING SERVICE OF DUPAGE COUNTY, An Illinois not-for-profit corporation d/b/a CNS HOME HEALTH & HOSPICE, an Illinois not-for- profit corporation, <br><br> Defendant(s). | Case No. 1:11-cv-07734 <br><br> Hon. George M. Marovich <br><br> Mag. Morton Denlow |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

To: Norma W. Zeitler  
Barnes & Thornburg LLP  
One N. Wacker Dr., Suite 4400  
Chicago, IL 60606

Kaitlyn N. Jakubowski  
Barnes & Thornburg LLP  
One N. Wacker Dr., Suite 4400  
Chicago, IL 60606

Plaintiff, JUDITH A. HARNACK, by and through her attorney, Clarissa Y. Cutler, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), respectfully notifies this Court that she hereby dismisses, with prejudice, all claims made by her against CDH-DELNOR HEALTH SYSTEMS, et. al., in her Complaint filed herein.

Respectfully Submitted,

JUDITH A. HARNACK

By: /s/ Clarissa Y. Cutler  
Clarissa Y. Cutler  
Attorney for Plaintiff

1

Clarissa Y. Cutler
Attorney at Law
155 North Michigan Avenue, Suite 375
Chicago IL 60601
(312) 729-5067
Attorney Code No. 6257909


Justin Burtnett
Burtnett Law LLC
155 North Michigan Avenue, Suite 375
Chicago IL 60601
(312) 729-5067
Attorney Code No. 6281100

## CERTIFICATE OF SERVICE

     PLEASE TAKE NOTICE that on Thursday, August 16, 2012, a copy of this Notice of Voluntary Dismissal has been served electronically via ECF upon all parties who have appeared.

                                           Respectfully Submitted,
                                           JUDITH HARNACK, Plaintiff

                            By:    s/ Clarissa Y. Cutler
                                    Clarissa Y. Cutler
                                    Attorney for Plaintiff


Clarissa Y. Cutler                                Justin Burtnett
Attorney at Law                                  Burtnett Law LLC
155 N. Michigan Avenue, Suite 375       155 North Michigan Avenue, Suite 375
Chicago IL 60601                             Chicago, IL 60601
(312) 729-5067                                   (312) 729-5055
Attorney Code No. 6257909                Attorney Code No. 6281100